**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 14-6873**

───────────

KAREEM MILHOUSE,

              Plaintiff - Appellant,

        v.

TERRY O'BRIEN, Warden; ODOM; J. GULLY; A. MCCUNE; G. SPAK;
SAUNDERS; UNITED STATES; JOHN DOES 1-10,

              Defendants – Appellees.

───────────

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.   Irene M. Keeley,
District Judge.  (1:14-cv-00016-IMK-JES)

───────────

Submitted:  November 17, 2014        Decided:  December 2, 2014

───────────

Before NIEMEYER, AGEE, and THACKER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Kareem Milhouse, Appellant Pro Se.   Erin K. Reisenweber,
Assistant United States Attorney, Martinsburg, West Virginia,
for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kareem Milhouse appeals the district court's order adopting the recommendation of the magistrate judge in part and dismissing his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and conclude that Milhouse fails to establish reversible error. Accordingly, we affirm for the reasons stated by the district court. Milhouse v. O'Brien, No. 1:14-cv-00016-IMK-JES (N.D.W. Va. May 9, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED